UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROHAN BARNSWELL,

        Plaintiff,

  - against -

SIMON PROPERTY GROUP, INC.,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
14-CV-6729 (RRM) (LB)

       A Memorandum and Order of the undersigned having been issued this day adopting Magistrate Judge Bloom's Report and Recommendation and dismissing this case for plaintiff's failure to prosecute, it is

       ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed without prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
       August 10, 2015

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge